# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JONES, | 1:08-cv-00421-AWI-GSA-PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| D. HUCKABAY, et al., | |
| Defendants. | (Doc. 1.) |

Plaintiff Brian Jones ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint initiating this action on March 3, 2008. (Doc. 1.) The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants Sgt. D. Huckabay, C/O J. Diaz, C/O P. Soares, and C/O L. Dutcher for excessive force in violation of the Eighth Amendment.[1] (Doc. 6.)  On June 17, 2009, plaintiff notified the court in writing that he does not wish to file an amended complaint and wishes instead to proceed with the claims found cognizable by the court. (Doc. 7.) Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that Plaintiff's Eighth Amendment personal safety claim be dismissed for failure to state a claim, and Defendant C/O R. Hasseltine be dismissed based on Plaintiff's failure to state any claims against him.

1

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    SGT. D. HUCKABAY

    C/O J. DIAZ

    C/O P. SOARES

    C/O L. DUTCHER

2. The Clerk of the Court shall send Plaintiff four (4) USM-285 forms, four (4) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed March 24, 2008 (Doc. 1).

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Five (5) copies of the endorsed complaint filed March 24, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   June 22, 2009**              /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE