# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JONES, | 1:08-cv-00421-AWI-GSA-PC |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION PROCEED ONLY AGAINST DEFENDANTS HUCKABAY, DIAZ, SOARES, AND DUTCHER, FOR EXCESSIVE FORCE, AND ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED |
| vs. | |
| D. HUCKABAY, et al., | |
| Defendants. | OBJECTIONS, IF ANY, DUE IN 30 DAYS |

Plaintiff Brian Jones ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint initiating this action on March 24, 2008. (Doc. 1.) The complaint names Sergeant D. Huckabay, Correctional Officer ("C/O") J. Diaz, C/O P. Soares, C/O L. Dutcher, and C/O R. Hasseltine as defendants and alleges claims for excessive force and failure to protect plaintiff's personal safety in violation of the Eighth Amendment.

On June 9, 2009, the court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found that it stated cognizable claims for relief under section 1983 against defendants Huckabay, Diaz, Soares and Ducher only, for excessive force in violation of the Eighth Amendment. (Doc. 6.) Plaintiff was given leave to either file an amended complaint, or in the alternative, to notify the court that he does not wish to file an amended complaint and instead wishes to proceed only on the claims found

cognizable by the court. Id. On June 17. 2009, plaintiff filed written notice to the court that he does not wish to file an amended complaint and instead wishes to proceed only against defendants Huckabay, Diaz, Soares and Ducher, on the excessive force claim. (Doc. 7.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed only against defendants Sergeant D. Huckabay, C/O J. Diaz, C/O P. Soares, and C/O L. Dutcher; for excessive force in violation of the Eighth Amendment;

2. All remaining claims and defendants be dismissed from this action;

3. Defendant C/O R. Hasseltine be dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against him;

4. Plaintiff's claim for failure to protect his personal safety in violation of the Eighth Amendment be dismissed for failure to state a claim upon which relief may be granted under section 1983; and

5. The Clerk of Court be directed to reflect the dismissal of defendant Hasseltine from this action on the Court's docket.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within thirty (30) days after being served with these Findings and Recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   June 22, 2009                    /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE

2